IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-329-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| KARL ANTHONY BUTLER, | ) |
| | ) |
| Defendant. | ) |

The United States shall file a response to defendant's motions for a reduction of his sentence [D.E. 47, 48] The response is due not later than July 25, 2014.

SO ORDERED. This 4 day of July 2014.

JAMES C. DEVER III
Chief United States District Judge