IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-329-D
No. 5:16-CV-356-D

| | |
|---|---|
| KARL ANTHONY BUTLER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | **ORDER** |

The court GRANTS Karl Anthony Butler's ("Butler") motion to vacate [D.E. 60] his 240-month sentence, motion to reduce [D.E. 57] his 240-month sentence, and motion to expedite hearing [D.E. 65]. After the United States Probation Office prepares a new Presentence Investigation Report ("PSR"), the court will hold a new sentencing hearing and resentence Butler. The court notifies the parties that it is considering an upward departure under U.S.S.G. § 4A1.3. See Fed. R. Crim. P. 32(h); U.S.S.G. § 4A1.3(a)(1).

SO ORDERED. This  6  day of February 2017.

JAMES C. DEVER III
Chief United States District Judge